# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2136

_____

LISA A. SPRAGUE, as personal
representative of the Estate of
John Joseph Joubert, Jr.,

    Appellant,

    v.

LAURA BETH KEIM, In Re: Estate
of John Joseph Joubert, Jr.,
a/k/a John J. Joubert, Jr.,
Deceased,

    Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.

January 12, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Ian C. White and Nicholas Caron of Ausley McMullen, Tallahassee, for Appellant.

Scott A. Snavely of Scott A. Snavely, P.A., Tallahassee, for Appellee.